# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. MCCALL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNSELOR JOHN DOE, et al.,<br><br>    Defendants. | 1:21-cv-001087-HBK<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINITFF TO FILE AMENDED APPLICATION OR PAY FILING FEE WITHIN 30 DAYS<br><br>(Doc. No. 2) |

Plaintiff Anthony R. McCall initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on July 14, 2021. (Doc. No. 1). Plaintiff concurrently moved to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). The application submitted by Plaintiff does not provide the necessary information contained in the Court's approved form. Specifically, the application failed to authorize the provision of a certified copy of Plaintiff's trust account statement or permit the collection from Plaintiff's trust account of any debts accrued from prosecuting this action. *In forma pauperis* status will not be granted absent that information and that authorization.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice to Plaintiff submitting a proper application.

2. Within thirty (30) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee for this action.

1

3. Absent good cause, the Court will not grant any motions for extension of time.

4. Failure to comply with this order may result in dismissal of this action.

Dated: July 16, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE