UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY MCCALL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>V. RASO, P. GALEANA, COUNSELOR JOHN DOE, WARDEN JOHN DOE, KATHLEEN ALLISON, and RAYMOND MADDEN,<br><br>　　　　　　Defendants. | Case No.  1:21-cv-01087-JLT-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. No. 15)<br><br>OCTOBER 12, 2023 DEADLINE |

Pending before the Court is Plaintiff's motion for an extension of time filed on September 11, 2023. (Doc. No. 15). Plaintiff requests a 30-day extension of time to respond to the Court's August 14, 2023 screening order. (*Id.*). Plaintiff does not explain why he needs an extension of time. (*Id.*).

The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The undersigned previously ordered Plaintiff to deliver to correctional officials for mailing his response to the Court's August 14, 2023 screening order no later no later than September 12, 2023. (Doc. No. 14 at 8 ¶ 1). Thus, Plaintiff's motion is timely. Plaintiff does not explain why he needs an extension of time. However, due to Plaintiff's pro se status and because this is his first request for an extension of time, the Court finds good cause to grant Plaintiff his

requested extension of time. Plaintiff is granted a thirty (30) day extension to file his response to the Court's August 14, 2023 screening order.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for an extension of time (Doc. No. 5) is GRANTED. Plaintiff must deliver his response to the Court's August 14, 2023 screening order to correctional officials for mailing **no later than October 12, 2023**.

2. If Plaintiff fails to timely file his response to the screening order, despite this extension of time, the undersigned will recommend the district court dismiss this case for Plaintiff's failure to prosecute this action and comply with a court order.

Dated:    September 12, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE